Peter R. Afrasiabi (Bar No. 193336)
Email: pafrasiabi@onellp.com
Nate L. Dilger (Bar No. 196203)
Email: ndilger@onellp.com
**ONE LLP**
535 Anton Boulevard, Suite 850
Costa Mesa, California 92626
Telephone: (714) 434-8750
Facsimile: (714) 434-8756

Attorneys for Plaintiff Network Signatures, Inc.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Network Signatures, Inc., <br><br> Plaintiff, <br><br> v. <br><br> Petco Animal Supplies Stores, Inc., a Delaware corporation, <br><br> Defendant. | Case No. CV 09-03767 JVS (RNBx) <br><br> **ORDER RE: DISMISSAL** |
| AND RELATED COUNTERCLAIMS | |

IT IS SO ORDERED:

All claims or causes of action asserted in this suit between Plaintiff, Network Signatures, Inc. and Defendant, Petco Animal Supplies Stores, Inc. ("Petco"), are hereby dismissed with prejudice.

It is further ordered that all attorneys' fees and costs are to be borne by the party that incurred them.

Dated: January 05, 2010

_____
Hon. James V. Selna
United States District Judge

16000.1

1

**[PROPOSED] ORDER RE: DISMISSAL**